United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HECTOR SALAS CRUZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-09203** |
| | § | |
| **MARTIN FRINK, MARKWAYNE MULLIN, TODD BLANCHE, DAVID VENTURELLA and BRET BRADFORD,** | § § § | |
| | § | |
| **Respondents.** | § | |

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

Petitioner Hector Salas Cruz filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 while detained by the Department of Homeland Security at the Montgomery ICE Processing Center in Conroe, Texas. (Dkt. No. 1). On November 3, 2026, Salas Cruz filed a motion to voluntarily dismiss his petition pursuant to Federal Rules of Civil Procedure 41(a)(2) and 81(a)(4). (Dkt. No. 6). Salas Cruz states he no longer wishes to pursue the relief sought after being granted voluntary departure. (*Id.* at 1). Respondents are unopposed.

Motions for voluntary dismissal should be freely granted unless the nonmoving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit. *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002). Respondents consent to the motion to dismiss, making clear that they suffer no prejudice.

Accordingly, the court finds Salas Cruz's Unopposed Motion to Dismiss should be **GRANTED**. (Dkt. No. 6). Salas Cruz's petition for writ of habeas corpus is **DISMISSED** without prejudice. All other pending motions are **DENIED as moot**.

It is SO ORDERED.

Signed on November 23, 2026.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**